**CHAMBERS COPY**

JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,

FILED
CLERK U.S. DISTRICT COURT
DEC - 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAGIM WOLDEMARIAM,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE, N.A., and DOES 1-500, inclusive,<br><br>Defendants. | **CASE NO.: CV09-2566 SVW (CTx)**<br><br>**JUDGE:** Hon. Stephen V. Wilson<br><br>[~~PROPOSED~~] JUDGMENT [JS-6]<br><br>**DATE:** December 7, 2009<br>**TIME:** 1:30 p.m.<br>**CRTRM:** "6" |

///
///
///

[PROPOSED] JUDGMENT

1097726.2

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court having granted the Motion of defendant JPMorgan Chase Bank, N.A. ("JPMorgan" or "Defendant"), for an order dismissing the Complaint of plaintiff Dagim Woldemariam ("Plaintiff") with prejudice against JPMorgan on December 7, 2009 at 1:30 p.m. in Department "6" of the above entitled court.

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff's Complaint filed in this matter is dismissed with prejudice in its entirety. Judgment is entered in favor of JPMorgan against Plaintiff.

2. Plaintiff shall recover nothing against JPMorgan.

3. JPMorgan is entitled to recover from Plaintiff the costs of suit in this action. JPMorgan may file a Memorandum of Costs.

DATED: 11/2/09         By: _____
                       Hon. Stephen V. Wilson
                       Judge of the United States District
                       Court, Central District